UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LYNE LABORATORIES, INC., <br> FRESENIUS USA MANUFACTURING, <br> INC., and FRESENIUS MEDICAL CARE <br> HOLDINGS, INC. <br>          Plaintiffs, <br> v. <br> LUPIN LIMITED and <br> LUPIN PHARMACEUTICALS, INC., <br>          Defendants. | C.A. No. 14-10153 |

**NOTICE OF APPEARANCE**

To:    Clerk of the Court and all counsel of record

Pursuant to Local Rule 83.5.2, please enter the appearance of Stephen B. Deutsch as lead counsel for plaintiffs Fresenius USA Manufacturing, Inc. and Fresenius Medical Care Holdings, Inc. in the above captioned matter.

Dated: January 23, 2014

Respectfully submitted,

FRESENIUS USA MANUFACTURING, INC. AND FRESENIUS MEDICAL CARE HOLDINGS, INC.

By their attorneys,

*/s/ Stephen B. Deutsch*
Stephen B. Deutsch, BBO # 122000
sdeutsch@foleyhoag.com
Claire Laporte, BBO # 554979
claporte@foleyhoag.com
Sarah S. Burg, BBO # 683245
sburg@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Phone:  (617) 832-1000
Fax:     (617) 832-7000

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 23rd day of January, 2014.

                                          */s/ Stephen B. Deutsch*
                                          Stephen B. Deutsch